# United States Bankruptcy Court
## District of Maryland

In re  **Jeffrey Scott Weissberg**                                   Case No.  **21-15052**
                         Debtor(s)                                    Chapter   **7**

## CERTIFICATE OF SERVICE

I hereby certify that on **May 31, 2023**, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the **341 notice, notice of assets and notice of bar date** was mailed first class mail, postage prepaid to:

 Emma Fishman
 Zhanna A. Mayandich, Esq

/s/ Jeffrey P Nesson
**Jeffrey P Nesson 02512**
**Law Office of Jeffrey P Nesson**
**409 Washington Av**
**#200**
**Towson, MD 21204**
**410-363-4488  Fax:410-363-9629**
**nessonbankrp@aol.com**