**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**BALTIMORE DIVISION**

In re:  Weissberg, Jeffrey Scott

§   Case No. 21-15052-MMH
§
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 08/03/2021. The undersigned trustee was appointed on 08/03/2021.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of                     $          22,825.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 4.80 |
| Bank service fees | 324.94 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]                 $ | 22,495.26 |

The remaining funds are available for distribution.

_____
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 01/25/2022 and the deadline for filing governmental claims was 01/30/2022. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,032.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,032.50, for a total compensation of $3,032.50[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $111.35 for total expenses of $111.35[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/05/2023                          By: /s/ Morgan W. Fisher
                                                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit A

Page: 1

**Case No.:**  21-15052-MMH

**Case Name:**  Weissberg, Jeffrey Scott

**For Period Ending:**  07/05/2023

**Trustee Name:**  (400580) Morgan W. Fisher

**Date Filed (f) or Converted (c):**  08/03/2021 (f)

**§ 341(a) Meeting Date:**  09/07/2021

**Claims Bar Date:**  01/25/2022

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County<br><br>Debtors to pay $40,000 to estate to settle potential equity in real property.  See Doc. 20<br>Debtors unable to make remaining payments, see Doc 33, trustee abandoned balance due. | 536,000.00 | 40,000.00 | | 22,825.00 | FA |
| 2 | 2009 Chevrolet Tahoe, 160,000 miles | 4,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2004 Chevrolet Box Truck, 130000 miles | 2,000.00 | 0.00 | | 0.00 | FA |
| 4 | 2012 Ford F150, 186000 miles | 3,000.00 | 0.00 | | 0.00 | FA |
| 5 | 2011 BMW 535i, 73000 miles | 9,600.00 | 0.00 | | 0.00 | FA |
| 6 | 2006 Ford Fusion, 110000 miles | 2,100.00 | 0.00 | | 0.00 | FA |
| 7 | misc HHG | 2,000.00 | 0.00 | | 0.00 | FA |
| 8 | cell phone, 3 TV's (5 years old) | 500.00 | 0.00 | | 0.00 | FA |
| 9 | misc clothes | 250.00 | 0.00 | | 0.00 | FA |
| 10 | toy poodle | 50.00 | 0.00 | | 0.00 | FA |
| 11 | Checking: Chase | 1,100.00 | 0.00 | | 0.00 | FA |
| 12 | Savings: T. Rowe Price | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | Crown Remodeling, LLC, 49% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Ret. or Pension Acct.: T. Rowe Price | 1,000.00 | 0.00 | | 0.00 | FA |
| 15 | VOID - Asset entered in error | 0.00 | 0.00 | | 0.00 | FA |
| **15** | **Assets Totals (Excluding unknown values)** | **$562,600.00** | **$40,000.00** | | **$22,825.00** | **$0.00** |

# Form 1
# Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page:  2

Case No.:  21-15052-MMH

Case Name:  Weissberg, Jeffrey Scott

For Period Ending:  07/05/2023

Trustee Name:  (400580) Morgan W. Fisher

Date Filed (f) or Converted (c):  08/03/2021 (f)

§ 341(a) Meeting Date:  09/07/2021

Claims Bar Date:  01/25/2022

**Major Activities Affecting Case Closing:**

06/07/23:  Objection to TFR filed by Debtor.

05/31/23:  Debtor filed amended Schedules E/F and J to disclose DSO recipient.

05/30/23:  TFR filed by UST.  Fee applications and NFR filed.

04/05/23:  Notice of Intent to Abandon Property identified as Unpaid Balance Due Pursuant to Equity Redemption Agreement.

05/18/22:  Order Granting Motion by Chapter 7 Trustee for Entry of an Order Approving Proposed Equity Redemption Agreement with Debtor and NonDebtor Spouse

04/30/22:  Trustee anticipates collecting payments from debtor and his spouse for equity settlement through June 2023

12/03/21:  Motion for Entry of an Order Approving Proposed Equity Redemption Agreement with Debtor Jeffrey S. Weissberg and Non Debtor Spouse Paula Weissberg

11/17/21:  Order Authorizing Employment of Joseph J. Bellinger and Bellinger Legal Services, LLC as Special Litigation Counsel to the Chapter 7 Trustee

10/28/21:  Application to Employ Bellinger Legal Services, LLC as Attorney for Chapter 7 Trustee

10/27/21:  Notice of Assets filed

Initial Projected Date Of Final Report (TFR):  12/31/2023          Current Projected Date Of Final Report (TFR):  04/24/2023 (Actual)

UST Form 101-7-TFR (5/1/2011)

# Form 2

Exhibit B

Page: 1

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case No.:** | 21-15052-MMH | |
| **Case Name:** | Weissberg, Jeffrey Scott | |
| **Taxpayer ID #:** | **-***7689 | |
| **For Period Ending:** | 07/05/2023 | |

| | |
|---|---|
| **Trustee Name:** | Morgan W. Fisher (400580) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0189 Checking |
| **Blanket Bond (per case limit):** | $3,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/12/22 | | Paula & Jeffrey Weissberg | Payment per settlement for non-exempt equity in real property, Doc 29 | | 2,225.00 | | 2,225.00 |
| | {1} | | Payment #1 on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $2,225.00 | 1149-000 | | | |
| 01/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 2,220.00 |
| 02/11/22 | | Paula & Jeffrey Weissberg | Payment per settlement for non-exempt equity in real property, Doc 29 | | 2,225.00 | | 4,445.00 |
| | {1} | | Payment #2 on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $2,225.00 | 1149-000 | | | |
| 02/17/22 | 101 | Insurance Partners | Bond premium payment - Invoice #857329 for policy #3792891 | 2300-000 | | 1.72 | 4,443.28 |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 5.00 | 4,438.28 |
| 03/21/22 | | Paula & Jeffrey Weissberg | Payment per settlement for non-exempt equity in real property, Doc 29 | | 2,500.00 | | 6,938.28 |
| | {1} | | Combined payments on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $2,500.00 | 1149-000 | | | |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 9.02 | 6,929.26 |
| 04/21/22 | | Paula Weissberg | Payment per settlement for non-exempt equity in real property, Doc 29 | | 2,500.00 | | 9,429.26 |
| | {1} | | Combined payments on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $2,500.00 | 1149-000 | | | |
| 04/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 11.66 | 9,417.60 |
| 05/24/22 | | Paula & Jeffrey Weissberg | Payment per settlement for non-exempt equity in real property, Doc 29 | | 2,225.00 | | 11,642.60 |
| | {1} | | Combined payments on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $2,225.00 | 1149-000 | | | |
| 05/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 14.94 | 11,627.66 |
| 06/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 20.50 | 11,607.16 |
| 07/07/22 | | Paula & Jeffrey Weissberg | Partial Payment per settlement for non-exempt equity in real property, Doc 29 | | 500.00 | | 12,107.16 |

Page Subtotals: $12,175.00    $67.84

## Form 2

## Cash Receipts And Disbursements Record

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.:** | 21-15052-MMH | | **Trustee Name:** | | Morgan W. Fisher (400580) | |
| **Case Name:** | Weissberg, Jeffrey Scott | | **Bank Name:** | | East West Bank | |
| **Taxpayer ID #:** | **-***7689 | | **Account #:** | | ******0189 Checking | |
| **For Period Ending:** | 07/05/2023 | | **Blanket Bond (per case limit):** | | $3,000,000.00 | |
| | | | **Separate Bond (if applicable):** | | N/A | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {1} | | Payment #7 on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $500.00 | 1149-000 | | | |
| 07/27/22 | | Paula & Jeffrey Weissberg | Partial Payment per settlement for non-exempt equity in real property, Doc 29 | | 500.00 | | 12,607.16 |
| | {1} | | Payment #8 on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $500.00 | 1149-000 | | | |
| 07/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 18.57 | 12,588.59 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 22.19 | 12,566.40 |
| 09/06/22 | | Paula & Jeffrey Weissberg | Payment per settlement for non-exempt equity in real property, Doc 29 | | 2,225.00 | | 14,791.40 |
| | {1} | | Payment #9 on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $2,225.00 | 1149-000 | | | |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 22.87 | 14,768.53 |
| 10/04/22 | | Paula Weissberg | Payment per settlement for non-exempt equity in real property, Doc 29 | | 2,225.00 | | 16,993.53 |
| | {1} | | Payment #10 on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $2,225.00 | 1149-000 | | | |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 25.73 | 16,967.80 |
| 11/04/22 | | Paula Weissberg | Payment per settlement for non-exempt equity in real property, Doc 29 | | 2,225.00 | | 19,192.80 |
| | {1} | | Payment #11 on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $2,225.00 | 1149-000 | | | |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 31.74 | 19,161.06 |
| 12/18/22 | | Paula Weissberg | Payment per settlement for non-exempt equity in real property, Doc 29 | | 2,225.00 | | 21,386.06 |
| | {1} | | Payment #12 on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $2,225.00 | 1149-000 | | | |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 31.89 | 21,354.17 |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 36.50 | 21,317.67 |
| 02/06/23 | | Paula Weissberg | Partial Payment per settlement for non-exempt equity in real property, Doc 29 | | 500.00 | | 21,817.67 |

| | | | Page Subtotals: | | **$9,900.00** | **$189.49** | |

# Form 2

## Cash Receipts And Disbursements Record

| Case No.: | 21-15052-MMH | Trustee Name: | Morgan W. Fisher (400580) |
|---|---|---|---|
| Case Name: | Weissberg, Jeffrey Scott | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***7689 | Account #: | ******0189 Checking |
| For Period Ending: | 07/05/2023 | Blanket Bond (per case limit): | $3,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | {1} | | Payment #13 on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $500.00 | 1149-000 | | | |
| 02/14/23 | | Paula Weissberg | Partial Payment per settlement for non-exempt equity in real property, Doc 29 | | 250.00 | | 22,067.67 |
| | {1} | | Payment #13 on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $250.00 | 1149-000 | | | |
| 02/27/23 | 102 | SeibertKeck Insurance Partners | Bond Premium Policy #3792891 03/01/2023-03/01/2024 - Invoice #1113027 | 2300-000 | | 3.08 | 22,064.59 |
| 02/28/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 32.62 | 22,031.97 |
| 03/13/23 | | Paula Weissberg | Partial Payment per settlement for non-exempt equity in real property, Doc 29 | | 250.00 | | 22,281.97 |
| | {1} | | Payment #13 on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $250.00 | 1149-000 | | | |
| 03/31/23 | | Paula Weissberg | Partial Payment per settlement for non-exempt equity in real property, Doc 29 | | 250.00 | | 22,531.97 |
| | {1} | | Payment #13 on Asset #1 2209 Shaded Brook Drive, Owings Mills, MD 21117-0000, Baltimore County $250.00 | 1149-000 | | | |
| 03/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 36.71 | 22,495.26 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 22,825.00 | 329.74 | $22,495.26 |
| | Less: Bank Transfers/CDs | | | | 0.00 | 0.00 | |
| | Subtotal | | | | 22,825.00 | 329.74 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | NET Receipts / Disbursements | | | | $22,825.00 | $329.74 | |

## Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page:   4

| | | |
|---|---|---|
| **Case No.:** | 21-15052-MMH | |
| **Case Name:** | Weissberg, Jeffrey Scott | |
| **Taxpayer ID #:** | **-***7689 | |
| **For Period Ending:** 07/05/2023 | | |

| | |
|---|---|
| **Trustee Name:** | Morgan W. Fisher (400580) |
| **Bank Name:** | East West Bank |
| **Account #:** | ******0189 Checking |
| **Blanket Bond (per case limit):** $3,000,000.00 |
| **Separate Bond (if applicable):** N/A |

| | |
|---|---|
| Net Receipts: | $22,825.00 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $22,825.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0189 Checking | $22,825.00 | $329.74 | $22,495.26 |
| | **$22,825.00** | **$329.74** | **$22,495.26** |

**UST Form 101-7-TFR (5/1/2011)**

# Exhibit C

## Analysis of Claims Register

### Case: 21-15052-MMH JEFFREY SCOTT WEISSBERG

Claims Bar Date: 01/25/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| AFEE | Joseph J. Bellinger, Esq. Bellinger Legal Services, LLC P.O. Box 10 Phoenix, MD 21131 <3210-000 Attorney for Trustee Fees (Other Firm)> , 200 | Administrative 04/18/23 | | $5,500.00 $5,500.00 | $0.00 | $5,500.00 |
| | Attorney for Trustee Fees | | | | | |
| FEE | Morgan W. Fisher 18 West St Annapolis, MD 21401 <2100-000 Trustee Compensation> , 200 | Administrative 04/01/23 | | $3,032.50 $3,032.50 | $0.00 | $3,032.50 |
| TE | Morgan W. Fisher 18 West St Annapolis, MD 21401 <2200-000 Trustee Expenses> , 200 | Administrative 04/18/23 | | $111.35 $111.35 | $0.00 | $111.35 |
| 3P-2 | Internal Revenue Service P.O. Box 7317 Philadelphia, PA 191017317 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 11/09/21 | | $29,163.26 $33,616.22 | $0.00 | $33,616.22 |
| | Valid Claim | | | | | |
| 4 | Comptroller of the Treasury Compliance Division, Room 409 301 W. Preston Street Baltimore, MD 21201 <5800-000 Claims of Governmental Units - § 507(a)(8)> , 570 | Priority 11/09/21 | | $14,253.00 $14,253.00 | $0.00 | $14,253.00 |
| | Valid Claim | | | | | |
| 9 | Emma Fishman 11403 Cronridge Dr. Owings Mills, MD 21117 <5100-000 Domestic Support Obligations - § (507)(a)(1)> , 500 | Priority 06/05/23 | | $53,191.00 $53,191.00 | $0.00 | $53,191.00 |
| | Claim for past due child support | | | | | |

Page: 2

# Exhibit C

## Analysis of Claims Register

### Case: 21-15052-MMH JEFFREY SCOTT WEISSBERG

Claims Bar Date: 01/25/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 1 | Beacon Roofing Supply, Inc t/a Roof Center Richard M. Sissman, Esq. 600 Jefferson Plaza Ste 308 Rockville, MD 20852 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid Claim | Unsecured 11/01/21 | | $336,285.25 $336,285.25 | $0.00 | $336,285.25 |
| 2 | Capital One Bank (USA), N.A. PO Box 71083 Charlotte, NC 282721083 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid Claim | Unsecured 11/09/21 | | $9,101.77 $9,101.77 | $0.00 | $9,101.77 |
| 3PEN-2 | Internal Revenue Service PO Box 7317 Philadelphia, PA 19101-7317 <7300-000 Fines, Penalties - § 726(a)(4)> , 630 Valid Claim | Unsecured 11/09/21 | | $2,673.02 $2,673.02 | $0.00 | $2,673.02 |
| 3U-2 | Internal Revenue Service PO Box 7317 Philadelphia, PA 19101-7317 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid Claim | Unsecured 11/09/21 | | $4,452.96 $33,616.22 | $0.00 | $33,616.22 |
| 5 | Ashley Funding Services, LLC Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid Claim | Unsecured 11/11/21 | | $15.00 $15.00 | $0.00 | $15.00 |
| 6 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid Claim | Unsecured 12/21/21 | | $8,615.44 $8,615.44 | $0.00 | $8,615.44 |

**Exhibit C**

**Analysis of Claims Register**

**Case: 21-15052-MMH JEFFREY SCOTT WEISSBERG**

Claims Bar Date: 01/25/22

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7 | Lansing Building Products, Inc. 2221 Edward Holland Drive Ste. 300 RICHMOND, VA 23230 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid Claim | Unsecured 12/28/21 | | $31,463.24 $31,463.24 | $0.00 | $31,463.24 |
| 8 | SoFi Lending Corp PO Box 654158 Dallas, TX 75265 <7100-000 General Unsecured - § 726(a)(2)> , 610 Valid Claim | Unsecured 01/12/22 | | $965.90 $965.90 | $0.00 | $965.90 |
| | | | Case Total: | | $0.00 | $532,439.91 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 21-15052-MMH
Case Name: JEFFREY SCOTT WEISSBERG
Trustee Name: Morgan W. Fisher

**Balance on hand:** $ _____ 22,495.26

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 22,495.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Morgan W. Fisher | 3,032.50 | 0.00 | 3,032.50 |
| Trustee, Expenses - Morgan W. Fisher | 111.35 | 0.00 | 111.35 |
| Attorney for Trustee Fees (Other Firm) - Joseph J. Bellinger, Esq. | 5,500.00 | 0.00 | 5,500.00 |

Total to be paid for chapter 7 administrative expenses: $ 8,643.85
Remaining balance: $ 13,851.41

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 13,851.41

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $101,060.22 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3P-2 | Internal Revenue Service | 33,616.22 | 0.00 | 0.00 |
| 4 | Comptroller of the Treasury | 14,253.00 | 0.00 | 0.00 |
| 9 | Emma Fishman | 53,191.00 | 0.00 | 13,851.41 |

Total to be paid for priority claims: $ 13,851.41

Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $420,062.82 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Beacon Roofing Supply, Inc t/a Roof Center | 336,285.25 | 0.00 | 0.00 |
| 2 | Capital One Bank (USA), N.A. | 9,101.77 | 0.00 | 0.00 |
| 3U-2 | Internal Revenue Service | 33,616.22 | 0.00 | 0.00 |
| 5 | Ashley Funding Services, LLC | 15.00 | 0.00 | 0.00 |
| 6 | American Express National Bank | 8,615.44 | 0.00 | 0.00 |
| 7 | Lansing Building Products, Inc. | 31,463.24 | 0.00 | 0.00 |
| 8 | SoFi Lending Corp | 965.90 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00

Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00

Remaining balance: $ 0.00

UST Form 101-7-TFR(5/1/2011)

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $2,673.02 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|-----------|----------|------------------------:|-------------------------:|-----------------:|
| 3PEN-2 | Internal Revenue Service | 2,673.02 | 0.00 | 0.00 |

Total to be paid for subordinated claims: $     0.00

Remaining balance: $     0.00

**UST Form 101-7-TFR(5/1/2011)**